IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DEUTSCHE BANK NATIONAL TRUST,** | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:12-cv-198-O |
| **JULIUS HOLMES** | § § § | |
| Defendant. | § § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that the above-styled case is **REMANDED** to County Court of Law Number 4 of Dallas County.

**SO ORDERED** on this **10th day** of **May, 2012.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**